**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ Third Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **ZULEICA PERDOMO MARTELL**   JOINT DEBTOR:_____   CASE NO.: 14-20098-
Last Four Digits of SS# XXX-XX-9610  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $ 2,461.74 for months __1__ to __60__; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00  TOTAL PAID $2,900.00
                 Balance Due   $ 750.00  payable $150.00 /month  (Months 1 to 5 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.   NONE                           Payment $_____ (Months __ to __).

Address:_____
Account No: _____
**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None |  | % | $ | __ To __ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.     NONE                  Total Due  $_____
                          Payable  $_____/month (Months___ to ___) Regular Payment $____

Unsecured Creditors: Pay $ 2,065.57 /month (Months 1 to 5 ), $ 2,215.57/month (Months 6 to 60 ). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor is paying Suntrust and Bank of America directly outside the plan. The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.
Attorney for Debtor
Debtor                                                                                      Joint Debtor
Date:  11/11/2014                                                          Date:_____

LF-31 (rev. 06/02/08)