**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
First Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **ZULEICA PERDOMO MARTELL**   JOINT DEBTOR:_____   CASE NO.: 14-20098-LMI
Last Four Digits of SS# XXX-XX-9610  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.   $ 2,665.12 for months    1    to    16   ;in order to pay the following creditors:
  B.   $ 2,529.38 for months    17    to    60   ;in order to pay the following creditors:
Administrative: Attorney's Fee - $ 3,650.00 + $525.00 (Motion to Modify) = $4,175.00 TOTAL PAID $2,900.00
       Balance Due   $ 1,275.00
       payable $46.88 /month  (Months  1  to  16 );
       payable $525.00 /month  (Months  17  to  17  )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.    NONE           Payment $_____ (Months __ to __).

Address:_____
Account No: _____
**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None |  | % | $ | __ To __ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.    NONE              Total Due  $_____
                  Payable  $_____ /month  (Months____ to ____) Regular Payment $____

Unsecured Creditors:  Pay $ 2,404.17 /month (Months  1   to   16 ); $ 1,751.44/month (Month  17  to  17  ); $2,276.44/month (Months  18  to  60  ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor is paying Suntrust and Bank of America directly outside the plan. The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.                                                           _____
Attorney for Debtor                                                                     Joint Debtor
Date: 9/18/2015                                                                           Date:_____

LF-31 (rev. 06/02/08)