UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flmb.uscourts.gov

IN RE:

CASE NO.: 14-20098-LMI

ZULEICA PERDOMO MARTELL
AKA ZULEICA PERDOMO
AKA ZULEICA PERDOMO PERDOMO
AKA ZULEICA PERDOMO-MARTELL
AKA SULEICA B PERDOMO
AKA ZULEICA MARTELL
AKA ZULEICA PERDOMO PERDOMO-MARTELL
AKA ZUCEILA PERDOMO
AKA ZULEICA P MARTELL

CHAPTER: 13

Debtor(s).
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM**
**AUTOMATIC STAY AS TO CO-DEBTOR, JOSE ANGEL GARCIA**

This case came on for consideration on the Motion for Relief from Co-Debtor Stay [D.E. ____] filed by **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")** (the "Motion"). The Motion was served by negative notice and no appropriate response was timely filed. Accordingly, it is:

**ORDERED**:

**PROPOSED ORDER**

17-44834B

1. The Co-Debtor Motion for Relief from Stay of Jose Angel Garcia [D.E. \_\_\_\_] is granted.
2. The co-debtor stay arising by reason of 11 U.S.C. § 1301 of the Bankruptcy Code is terminated as to co-debtor, Jose Angel Garcia, as to Movant's interest in the following property:

    **LOT 10 IN BLOCK 2, MCKEEVER TERRACE 3, ACCORDING TO PLAT THEREOF, AS RECORDED IN PLAT BOOK 16 AT PAGE 54, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

    **AKA: 4370 SW 82nd Avenue, Miami, FL 33155**

3. The co-debtor stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor and co-debtor, Jose Angel Garcia.
4. Movant's request for waiver of the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.
5. Attorney's fees and costs of $626.00 are awarded for prosecution of the Motion.

Attorney Brian Rosaler is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of entry of the order.