**ORDERED in the Southern District of Florida on June 7, 2017.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flmb.uscourts.gov

IN RE:

CASE NO.: 14-20098-LMI

ZULEICA PERDOMO MARTELL
AKA ZULEICA PERDOMO

CHAPTER: 13

Debtor(s).
_______________________________________/

**ORDER GRANTING RELIEF FROM STAY AGAINST CO-DEBTOR, JOSE ANGEL GARCIA [doc #88]**

This case came on for HEARING on June 6, 2017 on the Motion for Relief from Co-Debtor Stay filed by **FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")** (Document No.88 )(the "Motion"). Counsel for Movant appeared. No objection being raised and the Court being fully advised in the premises, it is hereby ORDERED and ADJUDGED as follows:

1. The Motion for Relief from Co-Debtor Stay (Doc. No. 88) is granted.
2. The co-debtor stay arising by reason of 11 U.S.C. § 1301 of the Bankruptcy Code is terminated as to co-debtor, Jose Angel Garcia, as to Movant's interest in the following property:

**Lot 10 in Block 2, McKeever Terrace 3, according to the plat thereof, as recorded in Plat Book 16 at Page 54, of the Public Records of Miami-Dade County, Florida.**

**AKA: 4370 SW 82nd Avenue, Miami, FL 33155**

17-44834B

3. The co-debtor stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor and co-debtor, Jose Angel Garcia.
4. Attorney's fees and costs in the amount of $926.00 are reasonable for the prosecution of this Motion for Relief from Stay and may be assessed only against the property IN REM in a subsequent foreclosure action if the loan documents include the right for such fees and costs.

###

Submitted by: Brian L. Rosaler, Popkin & Rosaler, P.A., 1701 W. Hillsboro Blvd. Ste. 400, Deerfield Beach, FL 33442, bankruptcy@popkinrosaler.com 954-360-9030

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

Zuleica Perdomo Martell
2633-35 SW 32nd Court
Miami, FL 33133-2803

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Trustee
Nancy K. Neidich
POB 279806
Miramar, FL 33027

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130

Jose Angel Garcia
2633-35 Sw 32nd Court
Miami, Fl 33133-2803